## First Department, March, 1977

### (March 3, 1977)

■ In the Matter of the Arbitration between James Vincent, as Chairman of the Board of Directors and Treasurer of Metropolitan Buying Group, Inc., Respondent, and David Josephson et al., Appellants.—Judgment, Supreme Court, New York County, entered on August 23, 1976, unanimously affirmed for the reasons stated by Stecher, J., at Special Term. Petitioner-respondent shall recover of respondents-appellants $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Lane and Markewich, JJ.

■ Flintkote Company, Respondent, v Lloyd's Underwriters et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County, entered on September 16, 1976, unanimously affirmed on the opinion of Asch, J., at Special Term. Respondent shall recover of appellants $60 costs and disbursements of this appeal. Concur—Murphy, J. P., Lupiano, Nunez, Markewich and Lynch, JJ.

■ Aetna Insurance Company, Appellant, v A. McPhee & Sons, Inc., et al., Respondents and Third-Party Plaintiffs. Morris Tucker & Son et al., Third-Party Defendants.—Order, Supreme Court, New York County, entered on June 17, 1976, unanimously affirmed for the reasons stated by Spiegel, J., at Trial Term. Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Murphy, J. P., Lupiano, Nunez, Markewich and Lynch, JJ.

■ The People of the State of New York, Respondent, v Rolando Baloria, Appellant.—Judgment, Supreme Court, New York County, rendered on December 4, 1973, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Stevens, P. J., Murphy, Capozzoli, Markewich and Lynch, JJ.